No. 278, October Term, 1945.   RECONSTRUCTION FINANCE CORP. ET AL. *v.* DENVER & RIO GRANDE WESTERN RAILROAD CO. ET AL.;

No. 279, October Term, 1945.   RECONSTRUCTION FINANCE CORP. ET AL. *v.* DENVER & SALT LAKE WESTERN RAILROAD CO. ET AL.;

No. 280, October Term, 1945.   RECONSTRUCTION FINANCE CORP. ET AL. *v.* CITY BANK FARMERS TRUST CO., TRUSTEE, ET AL.;

No. 281, October Term, 1945.   RECONSTRUCTION FINANCE CORP. ET AL. *v.* DENVER & RIO GRANDE WESTERN RAILROAD CO. ET AL.; and

No. 282, October Term, 1945.   RECONSTRUCTION FINANCE CORP. ET AL. *v.* THOMPSON, TRUSTEE, ET AL.   October 28, 1946.   THE CHIEF JUSTICE announced that MR. JUSTICE FRANKFURTER has filed an opinion setting forth the detailed grounds for his dissent from the opinion and

judgment of the Court entered June 10, 1946, in these cases.

Dissenting opinion reported in 328 U. S. at 536.